**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

IN RE:                                                                                          Case No:12-50610

Billy Ray Nelson
Mickey Sue Nelson
SSN#: XXX-XX-1207
SSN#: XXX-XX-2185

## NOTICE OF PLAN MODIFICATION

Please take notice that your monthly plan payment has increased.

CAUSE OF CHANGE IN PLAN PAYMENT:   Per mortgage payment change as filed with the Clerk of Court by Caliber Home Loans Inc.

DATE OF DOCUMENT:   04/22/2016

Should the proposed change be inacted, then your plan payment will increase to $1,479.00.

Your plan base is increased as necessary to accommodate the stated modification.

Please begin making this new payment in May 2016.

If you have any questions, please feel free to contact our office.

Dated: April 25, 2016                                           Steven G. Tate
                                                                Chapter 13 Trustee
                                                                212 Cooper St
                                                                Statesville, NC  28677-5856
                                                                (704) 872-0068
                                                                general@ch13sta.com

                          CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on April 26, 2016.

                                                                A. Hamby
                                                                Office of the Chapter 13 Trustee

Billy Ray Nelson, Mickey Sue Nelson, 490 Faith Road, Mooresville, NC  28115

Total Served: 1